No. 110. FIRESTONE TIRE & RUBBER Co. *v.* BOARD OF SUPERVISORS OF LOS ANGELES COUNTY ET AL., *ante,* p. 9;

No. 237. GIOVANNETTI, ADMINISTRATRIX, *v.* GEORGETOWN UNIVERSITY HOSPITAL ET AL., *ante,* p. 831;

No. 365. GUTHRIE *v.* SINCLAIR REFINING Co., *ante,* p. 883;

No. 434. LEGGETT *v.* UNITED STATES, *ante,* p. 901;

No. 453. WALKER *v.* BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSOCIATION ET AL., *ante,* p. 903; and

No. 507. MACK ET AL. *v.* UNITED STATES, *ante,* p. 916. Petitions for rehearing denied.

No. 803, October Term, 1958. IN RE SARNER, 359 U. S. 533. Motion for leave to file second petition for rehearing and for other relief denied.

No. 50, Misc. CURTIS *v.* UNITED STATES, *ante,* p. 843; and

No. 137, Misc. FOX *v.* UNITED STATES, *ante,* p. 887. Petitions for rehearing denied.

No. 448, Misc. CHESSMAN *v.* CALIFORNIA, *ante,* p. 925. Petition for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application.

JANUARY 15, 1960.

No. 441. HENDRICKS, ADMINISTRATRIX, *v.* SOUTHERN PACIFIC Co. Certiorari, 361 U. S. 899, to the Supreme Court of Arizona. Writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Alfred C. Marquez* for petitioner. *Harold C. Warnock* for respondent.